UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

      v.                                   19-CR-186-A
                                            **ORDER**

KEVIN BROWN, *et al.*,

                Defendant.
_____

Defendant Brown filed a motion for a severance from his co-defendants' cases, Dkt. No. 30, on the ground of co-defendant delay. Primarily because defendant Brown has unresolved pretrial motions pending before the presiding Magistrate Judge, and is otherwise not ready for trial, the motion is denied without prejudice as premature.

    **SO ORDERED.**

                                      _s/Richard J. Arcara_
                                   HONORABLE RICHARD J. ARCARA
                                   UNITED STATES DISTRICT COURT

Dated: December 23, 2019